# Third District Court of Appeal

## State of Florida

Opinion filed February 25, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-2247
Lower Tribunal No. 03-28843B
_____

## Dulie Alonzo Green, Jr.,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Dennis J. Murphy, Judge.

Dulie Alonzo Green, Jr., in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before WELLS, LOGUE and FERNANDEZ*, JJ.

*Judge Fernandez did not participate in the September 18, 2013 original decision.

ON MOTION FOR CLARIFICATION

WELLS, Judge.

We grant Dulie A. Green Jr.'s motion for clarification filed herein and confirm that this court's opinion issued on September 18, 2013 citing to <u>Geter v. State</u>, 115 So. 3d 385 (Fla. 3d DCA 2013), addresses only his Rule 3.800 motion to correct illegal sentence in which he argued entitlement to relief under <u>Miller v. Alabama</u>, 132 S. Ct. 2455 (2012), and <u>Graham v. Florida</u>, 130 S. Cit. 2011 (2010), and affirms same.

Because it appears from the record that Green intended to appeal from both the July 18, 2013, order denying the above referenced Rule 3.800 motion and a July 18, 2013 order denying rehearing of an earlier order dated February 23, 2012, denying a Rule 3.850 motion, we grant a belated appeal from the order denying the Rule 3.850 motion[1] (rehearing denied July 18, 2013). Because a brief addressing the issues raised in the Rule 3.850 motion and the record relating to that motion have already been filed, we affirm the order denying the Rule 3.850 motion.

---

[1] This motion raised two issues, one relating to newly discovered evidence, the other relating to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).